AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

Clean Air Council
and all similarly situated individuals,
    Plaintiffs

Judge William W. Caldwell

v.

CASE NUMBER: 1:CV-08-0430

Dragon International Group;
David Wu;
Edge LLC; and
David Stein,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT be entered in favor of the defendants, Dragon International Group, David Wu, Edge LLC and David Stein and against the plaintiff, Clean Air Council and all similarly situated individuals.

FILED
HARRISBURG, PA

SEP 3 0 2008

_____ CLERK
Deputy Clerk

Date: September 30, 2008

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk